

NY/OPR/18/ 990                                                                                               July 03, 2018

MITCHELL H COHEN US COURTHOUSE

401 MARKET STREET

CAMDEN, NJ 08101

FILED
JEANNE A. NAUGHTON, CLERK
JUL 09 2018
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

Dear Sir,

Re: **NOTICE OF PROPOSED ABANDONMENT – UNITED STATES BANKRUPTCY COURT, DISTRICT OF NEW JERSEY.**

CASE NO. 18-16441

IN RE: DEXESHKUMAR M. PATEL, SONALBEN D PATEL

DESCRIPTION AND VALUE OF PROPERTY: 10 COLTS GAIT ROAD, MARLTON, NJ .

VALUE: $338,249.00

We refer to above notice received on 27th June 2018 and on verification of the records we found that as on date Bank of Baroda New York Branch does not have any property lien/mortgaged situated at 10, Colts Gait Road, Marlton, NJ 08053-5710 in the name of the persons mentioned above.

Regards,

Gauri Jeswani

Chief Manager (Operations)