**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Daxeshkumar M. Patel<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–6153<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Sonalben D Patel<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–7743<br>EIN    _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   18–16441–JNP

## Order of Discharge                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Daxeshkumar M. Patel                                       Sonalben D Patel
  aka Daxesh M. Patel, aka Daxeshkum M. Patel     aka Sonal D. Patel

7/20/18                                                              **By the court:**   Jerrold N. Poslusny Jr.
                                                                                                      United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                        Case No. 18-16441-JNP
Daxeshkumar M. Patel                                          Chapter 7
Sonalben D Patel
         Debtors                 CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                  Page 1 of 2                  Date Rcvd: Jul 20, 2018
                              Form ID: 318                 Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2018.
db/jdb         Daxeshkumar M. Patel,    Sonalben D Patel,    10 Colts Gait Road,    Marlton, NJ  08053-5710
cr            +Bank of Baroda,    One Park Avenue,    New York, NY 10016-5804
517429633     +Bank of Baroda,    Baroda Home Loan,    1 Park Ave,    New York, NY 10016-5809
517429634      Barclays/Sears,    Cardmember Services,    PO Box 8802,    Wilmington, DE 19899-8802
517429635     +Best Egg Loan,    C/O Cross River Bank,    885 Teaneck Road,    Teaneck, NJ 07666-4505
517429641      Drive Card,    PO Box 6403,    Sioux Falls, SD 57117-6403
517429643      Med-Eves HOA, Inc.,    c/o Midlantic Property Management, Inc.,    PO Box 52989,
                Phoenix, AZ 85072-2989
517429647      Systems & Services Technolgies Inc.,    PO Box 801997,    Kansas City, MO 64180-1997

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QBTHOMAS.COM Jul 21 2018 03:08:00      Brian Thomas,    Brian Thomas, Esq,
                327 Central Avenue,    Suite 103,    Linwood, NJ 08221-2026
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 20 2018 23:39:54      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 20 2018 23:39:49      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517429636      EDI: CAPITALONE.COM Jul 21 2018 03:08:00      Capital One,    PO Box 30285,
                Salt Lake City, UT 84130-0285
517429637      EDI: CAPITALONE.COM Jul 21 2018 03:08:00      Capital One Bank NTL Assoc,    15000 Capital One Dr,
                Richmond, VA 23238-1119
517429638      EDI: CAUT.COM Jul 21 2018 03:08:00      Chase,    PO Box 901076,    Fort Worth, TX 76101-2076
517429639     +EDI: CITICORP.COM Jul 21 2018 03:08:00      Citi Bank/Monro-DC,    PO Box 6497,
                Sioux Falls, SD 57117-6497
517429640      EDI: DISCOVER.COM Jul 21 2018 03:08:00      Discover Bank,    2500 Lake Park Blvd,
                Salt Lake City, UT 84120
517429642      EDI: TSYS2.COM Jul 21 2018 03:08:00      Macys/DSNB/AMEX,    Bankruptcy Processing,    PO Box 8218,
                Mason, OH 45040-8218
517429645      EDI: RMSC.COM Jul 21 2018 03:08:00      SYNCB/CareCredit,    Bankruptcy Dept.,    PO Box 965061,
                Orlando, FL 32896-5061
517429646      EDI: RMSC.COM Jul 21 2018 03:08:00      SYNCB/Lowes,    Bankruptcy Dept.,    PO Box 965060,
                Orlando, FL 32896-5060
517429644      E-mail/Text: jennifer.chacon@spservicing.com Jul 20 2018 23:41:20
                Select Portfolio Services, Inc.,    PO Box 65250,    Salt Lake City, UT 84165-0250
517429987     +EDI: RMSC.COM Jul 21 2018 03:08:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
517429648      EDI: TFSR.COM Jul 21 2018 03:08:00      Toyota Financial Services,    PO Box 8026,
                Cedar Rapids, IA 52409-8026
517429649      EDI: WFFC.COM Jul 21 2018 03:08:00      Wells Fargo Card Services,    PO Box 522,
                Des Moines, IA 50306-0522
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Brian Thomas,    Brian Thomas, Esq,    327 Central Avenue,    Suite 103,    Linwood, NJ 08221-2026
                                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin                 Page 2 of 2                  Date Rcvd: Jul 20, 2018
                              Form ID: 318                Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2018 at the address(es) listed below:
           Brian   Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
            bthomas@ecf.epiqsystems.com
           Brian   Thomas    brian@brianthomaslaw.com,   bthomas@ecf.epiqsystems.com
           Fred R. Braverman    on behalf of Joint Debtor Sonalben D Patel bravelaw@comcast.net
           Fred R. Braverman    on behalf of Debtor Daxeshkumar M. Patel bravelaw@comcast.net
           Rebecca Ann Solarz    on behalf of Creditor    Forethought Life Insurance Company
            rsolarz@kmllawgroup.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                           TOTAL: 6